

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:17-MJ-00158-DUTY |
| JOSE ALBERTO GONZALEZ-ESTRADA, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _November 1_ , _2018_ , at _2:00_ ☐a.m. / ☒p.m. before the Honorable _JOHN D. EARLY_ , in Courtroom _6A_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10-31-18_

JOHN D. EARLY
U.S. Judge/Magistrate Judge